# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 3:CR-22-190 |
| **JAMES P. ABRAMS,** | : | (JUDGE MANNION) |
| **Defendant** | : | |

## O R D E R

On May 15, 2024, the court sentenced the defendant, James P. Abrams, to seventy-two months of imprisonment and three years of supervised release after his conviction on various fraud, identity theft, money laundering, obstruction of justice, and false statement offenses. In addition, the defendant was ordered to pay restitution in the amount of $1.1 million to the victims of his fraud. The court held in abeyance a decision on the request by three victims, Bingtech Ventures, LLC, Albert Nocciolino, and Elizabeth Koffman, for legal fees in relation to restitution pending briefing by the parties.

Upon considering the parties' briefs, **IT IS HEREBY ORDERED THAT:** the judgment **(Doc. 122)** is **AMENDED** to reflect restitution to the victim Bingtech Ventures LLC in the amount of $91,588.00 for legal fees directly and proximately caused by the defendant's crimes; restitution to

the victim Albert Nocciolino in the amount of $4,175.00 for legal fees directly and proximately caused by the defendant's crimes; and restitution to the victim Elizabeth Koffman in the amount of $3337.50 for legal fees directly and proximately caused by the defendant's crimes.

<i>s/ Malachy E. Mannion</i><br>
<b>MALACHY E. MANNION</b><br>
<b>United States District Judge</b>

**DATED: October 11, 2024**
22-190-01-ORDER